IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: AIR CRASH NEAR KIRKSVILLE, MISSOURI ON OCTOBER 19, 2004 | MDL Docket No. 1702 JCH |
| | This Document Relates to: |
| JEFFREY T. DIFFENDERFER, et al., *Plaintiffs*, vs. CORPORATE AIRLINES, INC., et al., *Defendants*. | Civil Action No. 4:05-cv-00191-JCH |
| JEFFREY T. DIFFENDERFER, et al., *Plaintiffs*, vs. REGIONSAIR, INC. f/k/a CORPORATE AIRLINES, INC., et al., *Defendants*. | Civil Action No. 4:07-cv-01812-JCH |

## ORDER OF DISMISSAL

All matters at issue in the above actions having been resolved by settlement of the parties, these actions are hereby dismissed with prejudice. Each party to bear its own court costs.

SO ORDERED THIS 24th day of January, 2008.

Jean C. Hamilton
JUDGE JEAN C. HAMILTON
U.S. District Court